NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEBORAH R. FEHER,**
*Petitioner,*

v.

**SMITHSONIAN INSTITUTION,**
*Respondent.*

---

2013-3002

---

Petition for review of the Merit Systems Protection Board in case no. DC3443110969-I-1.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Deborah Feher's motion for a 30-day extension of time for payment of the Court's filing fee,

IT IS ORDERED THAT:

The motion is granted.  The filing fee is due within 30 days of the date of filing of this order.

DEBORAH FEHER V. SMITHSONIAN INSTITUTION                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27